# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| COMEDICA INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00026-TWP-TAB |
| | ) |
| HILL-ROM SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**. Judgment is entered in favor of Defendant Hill-Rom Services, Inc., and against Plaintiff Comedica Incorporated. The case is **dismissed with prejudice**, and this action is **TERMINATED**.

Date: 12/4/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Gregory L. Laker
COHEN & MALAD LLP
glaker@cohenandmalad.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Michael Wesley McBride
COHEN & MALAD LLP
mmcbride@cohenandmalad.com

Dylan Pittman
BARNES & THORNBURG, LLP (Indianapolis)
dylan.pittman@btlaw.com

Brett Barrett Thomas
Cohen & Malad, LLP
bthomas@cohenandmalad.com